797 A.2d 877

IN THE MATTER OF SCOTT E. KAPLAN,
AN ATTORNEY AT LAW.

May 23, 2002.

ORDER

This matter having been duly presented to the Court, it is ORDERED that **SCOTT E. KAPLAN** of **LAWRENCEVILLE,** who was admitted to the bar of this State in 1977, and who was suspended from the practice of law for a period of two years retroactive to July 9, 1996 by Order of this Court filed on June 18, 1998, be restored to the practice of law, effective immediately.